**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ST. PAUL PAINTING INDUSTRY HEALTH AND WELFARE FUND,

Plaintiff,

v.

BOB NICKELSON PAINTING, INC.,

Defendant.

Civil No. 01-1357 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Scott Crossman, Esq., and Pamela Nissen, Esq., McGrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

Answer was not filed. Defendant without counsel.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 31, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 31 2001
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________